UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 OCT 22 PM 3: 42
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| ROBERT A. ZIEGLER; GARTH YATES, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD P. DALE, JR.; BUFFETT SENIOR HEALTHCARE CORP.; SENIOR HEALTHCARE PARTNERS, INC.; RJR INSURANCE SERVICES, INC. <br><br> Defendants. | Civil Action No.: 18-CV-71-SWS |

**STIPULATED ORDER FOR PERMANENT INJUNCTION**

1. Plaintiffs Robert Ziegler and Garth Yates, on behalf of themselves and all purchasers of $1299 or $1599 lifetime My Senior Healthcare Partners ("MySHP") plans with air ambulance benefits, and Defendants Richard Dale Jr.; Buffett Senior Healthcare Corp; Senior Healthcare Partners, Inc.; and RJR Insurance Services, Inc.; entered into a Settlement Agreement, filed with the Court on June 21, 2021.

2. Plaintiffs filed an Unopposed Motion for Preliminary Approval and to Approve Notice Pursuant to Rule 23(e)(1) on June 21, 2021.

3. The Court granted preliminary approval on June 23, 2021, preliminarily finding that the proposed Settlement Class of all purchasers of $1299 or $1599 lifetime My Senior Healthcare Partners plans with air ambulance benefits met the requirements for class certification pursuant to Fed. R. Civ. P. 23; preliminarily finding that the proposed settlement was fair, reasonable, and adequate; approving form and content of the proposed notice to Settlement Class

Members; directing notice to the Settlement Class; and scheduling a Final Fairness Hearing for October 22, 2021.

4. The Settlement Agreement provides that Defendants would agree to a permanent injunction prohibiting them, any entity owned or operated by Defendant Dale now or in the future, or their agents, from representing benefit products they provide to, or purchase on behalf of, consumers are lifetime benefit products.

5. Plaintiffs filed an Unopposed Motion for Final Approval on September 22, 2021, requesting final approval of the settlement and entry of a permanent injunction as contemplated by the Settlement Agreement.

6. The Court held a final fairness hearing on October 22, 2021.

7. The Court granted final approval of the Settlement on October 22, 2021.  Doc. 186.

NOW, THEREFORE, it is ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over this action and over all settling Parties thereto.

2. The Court finds that Defendants have denied all allegations of wrongdoing, fault, liability, or damage to Plaintiffs or the Settlement Class.

3. The Court finds that Defendants have agreed to entry of a permanent injunction as set forth in the Settlement Agreement.

4. Defendants are ordered to comply with the following permanent injunction: Defendants, any entity owned or operated by Defendant Richard Dale, Jr. now or in the future, and any of their agents now or in the future, shall not sell, market, advertise, or otherwise represent to consumers or customers that term benefit plans they provide to, or purchase on behalf of, consumers or customers are lifetime benefit plans. For purposes of this injunction,

"term benefit plans" means benefit plans subject to expiration and the end of any term other than the life of the plan's beneficiary.

5.      This Court retains continuing jurisdiction to enforce the terms of this Injunction and to address any other matters arising out of or regarding this Injunction.

ORDERED: _Oct. 22,_____, 2021.

                                                       Scott W. Skavdahl
                                                       Chief United States District Judge